IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Norman F. Sutton, III, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv522 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on June 15, 2017 (Doc. 25), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 29, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's §406(b) motion for attorney fees (Doc. 23) is GRANTED. Counsel is AWARDED $6,662.25 in additional fees.

IT IS SO ORDERED.

               ___s/Susan J. Dlott_____
               Judge Susan J. Dlott
               United States District Court